UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUL 24 P 1: 16

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Samuel Licia-Esquer )<br>Defendant(s) )<br>_____) | CRIMINAL NO. 08CR2479-LAB<br>ORDER 08mj8636<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 09156298<br>887121 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / ~~Order of Court~~).

Juan Padilla-Arellano

DATED: 7/24/08

**PETER C. LEWIS**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
            DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by J. Flores
Deputy Clerk