1  KAREN P. HEWITT
   United States Attorney
2  Rebecca Kanter
   Assistant U.S. Attorney
3  California State Bar No. 230257
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6747 / Fax: (619) 235-2757
   Email: Rebecca .Kanter@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                          UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   Criminal Case No. 08cr2479-LAB
                                         )
12                       Plaintiff,      )
                                         )   NOTICE OF APPEARANCE
13           v.                          )
                                         )
14  SAMUEL LEIRA-ESQUER                  )
                                         )
15                       Defendant.      )
                                         )
16

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19      I certify that I am admitted to practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21      The following government attorneys (who are admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

24  activity in this case:

25      Name (If none, enter "None" below)

26      None.

27  //

28  //

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    <u>Name</u> (If none, enter "None" below)

6    None.

7    Please call me if you have any questions about this notice.

8    DATED: August 26, 2008

9                                             Respectfully submitted,

10                                            KAREN P. HEWITT
                                             United States Attorney

11   /s/ *Rebecca S. Kanter*
                                             REBECCA S. KANTER
12                                           Assistant United States Attorney
                                             Attorneys for Plaintiff
13                                           United States of America
                                             Email: Rebecca.Kanter@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2479-LAB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| SAMUEL LEIRA-ESQUER | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Anthony Colombo

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2008          /s/ *Rebecca S. Kanter*
                                     REBECCA S. KANTER
                                     Assistant U.S. Attorney